(77 South. 683)

### MACK v. STATE.  (6 Div. 593.)

(Supreme Court of Alabama.   Jan. 17, 1918.)

CRIMINAL LAW ⟜1090(14)—APPEAL—BILL OF EXCEPTIONS—REVIEW OF INSTRUCTIONS.

On an appeal on the record proper, there being no bill of exceptions, there can be no review of refusal of requested written charges.

Appeal from Circuit Court, Jefferson County; Romaine Boyd, Judge.

Henry Mack was convicted of murder in the first degree and sentenced to the penitentiary for the term of his natural life. From this judgment of conviction he prosecutes this appeal. Affirmed.

W. L. Martin, Atty. Gen., for the State.

GARDNER, J. The appeal in this cause is upon the record proper. There being no bill of exceptions, we cannot review the action of the trial court, therefore, in refusing the written charges requested by the defendant, which are set out in the record. Paitry v. State, 196 Ala. 598, 72 South. 36.

We find no error on the record, and the judgment of conviction will be affirmed.

Affirmed.

ANDERSON, C. J., and McCLELLAN and THOMAS, JJ., concur.